# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| COLTON S. BURKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:19-cv-01709-ACA-HNJ ) |
| CALHOUN COUNTY JAIL NURSE STAFF, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

The magistrate judge filed a report and recommendation on November 12, 2019, recommending that the court deny Plaintiff Colton S. Burks' motion for preliminary injunctive relief, as construed in the complaint. (Doc. 15). Although the parties were advised of their right to file specific written objections within fourteen days, the court has not received any objections.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the

---

[1] The copy of the report and recommendation mailed to Mr. Burks at the Calhoun County Jail has been returned by the Postal Service as undeliverable. (Doc. 17). The *pro se* complaint form that Mr. Burks completed and signed warned him of his responsibility to notify the Clerk of any change of address. (Doc. 1 at 7).

magistrate judge's report and **ACCEPTS** his recommendation. Accordingly, the court **DENIES** Mr. Burks' motion for preliminary injunctive relief, as construed in the complaint (doc. 1 at 4).

**DONE** and **ORDERED** this December 3, 2019.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE